

1  xuzhenginf

2  LEONARDO M. RAPADAS
   United States Attorney
3  FREDERICK A. BLACK
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

APR 30 2008

JEANNE G. QUINATA
Clerk of Court

7  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 08-00011 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **ILLEGAL ENTRY** |
| XU PING ZHENG, | ) [8 U.S.C. § 1325(a)(1) |
|  | ) 6 U.S.C. §§ 251 & 557] |
| Defendant. | ) (Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

On or about March 25, 2008, in the District of Guam, the defendant herein, XU PING ZHENG, did knowingly enter the United States at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1) and Title 6, United States Code, Sections 251 and 557.

DATED this 30 day of April 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **08-00011**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _x_ No

Defendant Name _____Xu Ping Zheng_____

Alias Name _____

Address _____

_____China_____

Birthdate _Xx/xx/1976_ SS# ____ Sex _F_ Race _A_ Nationality _Chinese_

**RECEIVED APR 30 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA _____Frederick A. Black_____

Interpreter: ___ No _X_ Yes    List language and/or dialect: _____Chinese/Mandarin_____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__     ___ Petty _X_ Misdemeanor ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1325(a)(1) <br> 6 USC 251 & 557 | Illegal Entry | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _4-30-08_    Signature of AUSA: _[signature] Fred A. Black_