

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 30 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 08-00011 |
| Plaintiff. | ) |
| vs. | ) **UNITED STATES' REQUEST** |
| | ) **FOR ISSUANCE OF A WARRANT** |
| XU PING ZHENG, | ) |
| Defendant. | ) |

Comes now the United States of America and requests this Honorable Court issue a warrant for defendant, XU PING ZHENG, based on an Information filed charging the defendant with Illegal Entry in violation to Title 8, United States Code, Section 1325(a)(1) and Title 6, United States Code, Sections 251 and 557.

Respectfully submitted this _30_ day of April 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Frederick A. Black_
FREDERICK A. BLACK
Assistant U.S. Attorney