| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Ave. |
| 4 | Hagåtña, Guam 96910<br>TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7334 |
| 6 | Attorneys for the United States of America |

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 08-00011 |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**re United States' Request for**<br>**Issuance of Warrant** |
| XU PING ZHENG, | ) | |
| Defendant. | ) | |

Upon the filing of an Information and the request of the government,

IT IS SO ORDERED that a warrant be issued for the above-named defendant.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 01, 2008**