AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ Guam

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| XU PING ZHENG | Case Number: MJ-08-00011-001 |

To: The United States Marshal
and any Authorized United States Officer

**RECEIVED** MAY 02 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

YOU ARE HEREBY COMMANDED to arrest _____ XU PING ZHENG _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    **X** Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

**RECEIVED MAY 01 2008 US MARSHALS SERVICE-GUAM**

charging him or her with (brief description of offense)

Illegal Entry - 8 U.S.C. §1325(a)(1) and 6 U.S.C. §§ 251 and 557

**FILED DISTRICT COURT OF GUAM MAY 02 2008**

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Carmen B. Santos | JEANNE G. QUINATA |
| Name of Issuing Officer | Clerk of Court |
| | Signature of Issuing Officer |
| Deputy Clerk | May 1, 2008 in Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

HAGATNA, GUAM

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/1/08 | ERWIN FEJERAN | |
| DATE OF ARREST | | |
| 5/2/08 | SA USMS | |

Case 1:08-mj-00011    Document 4    Filed 05/02/2008    Page 1 of 2

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____XU PING ZHENG_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____