# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: MJ-08-00007-MJ-08-00008-MJ-08-00011          DATE: May 02, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Electronically Recorded: 2:33:55 - 2:45:45 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Rong Liang Liu<br>    Qing Jiang Zheng<br>    Xu Ping Zheng | Attorney: Cynthia V. Ecube<br>    John Gorman<br>    Lewis Littlepage |
| ☑ Present  ☑ Custody  ☐ Bond  ☐ P.R. | ☑ Present  ☐ Retained  ☐ FPD  ☐ CJA |
| U.S. Attorney: Frederick A. Black | U.S. Agent: |
| U.S. Probation: Carleen Borja | |
| Interpreter: Julia Berg | Language: Mandarin |

**PROCEEDINGS:** Initial Appearance on an Information and Arraignment
- Defendant's waives reading of Information.
- Defendant sworn and examined.
- Plea entered: Not Guilty
- Scheduling Order executed.
- Bench Trial set for July 1, 2008 at 9:30 a.m.
- Defendant's remanded to the custody of the U.S. Marshals Service.

NOTES: Cynthia V. Ecube appointed for Rong Liang Liu, John Gorman appointed for

    Qing Jiang Zheng, and Lewis Littlepage appointed for Xu Ping Zheng.