# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

| | |
|---|---|
| CASE NO.: MJ-08-00008 | DATE: May 23, 2008 |
| MJ-08-00011 | |

**HON. JOAQUIN V. E. MANIBUSAN, JR.**, Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: None Present | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Electronically Recorded: 3:00:36 - 3:30:28 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Qing Jiang Zheng<br>Xu Ping Zheng | Attorney: John Gorman - FPD<br>Lewis Littlepage - CJA |
| ☑Present ☑Custody ☐Bond ☐P.R. | ☑Present ☐Retained ☐FPD ☐CJA |
| U.S. Attorney: Frederick A. Black | U.S. Agent: |
| U.S. Probation: Stephen Guilliot | |
| Interpreter: Julia Berg | Language: Mandarin |

**PROCEEDINGS: Change of Pleas**
- Defendants sworn and examined.
- Pleas entered: <u>Guilty</u>
- Pleas: <u>Accepted.</u>
- Sentencing set for: <u>June 24, 2008 at 9:30 a,m.</u>
- Draft Presentence Report due to the parties: <u>June 17, 2008</u>
- Defendants remanded to the custody of the U.S. Marshals Service

NOTES: