```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  FREDERICK A. BLACK
    Assistant U.S. Attorney
 3  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 4  Hagåtña, Guam 96910-5059
    TEL:  (671) 472-7332
 5  FAX:  (671) 472-7215

 6  Attorneys for the United States of America
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 08-00011 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| XU PING ZHENG | ) | |
| Defendant. | ) | |

I hereby certify that on June 18, 2008, I electronically filed United States Trial Memorandum with the Clerk of Court using the CM/ECF system, and I hereby certify that on June 18, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participant: Lewis Littlepage, 396 W'Brien Drive, Hagatna, Guam

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and NMI

By:   /S/ Frederick A. Black
        FREDERICK A. BLACK
        Assistant U.S. Attorney