Lewis W. Littlepage
**LITTLEPAGE & ASSOCIATES, P.C.**
396 W. O'Brien Drive
Hagatna, Guam 96910
Tel: (671) 475-1111
Fax: (671) 475-1112
*Attorney for Xu Ping Zheng*

**FILED**
DISTRICT COURT OF GUAM

JUN 20 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00011 |
| Plaintiff, | |
| vs. | **DEFENDANT'S CORRECTION TO PRESENTENCE REPORT AND ADOPTION OF REMAINDER** |
| XU PING ZHENG, | |
| Defendant. | |

COMES NOW defendant Xu Ping Zheng, by and through attorney Lewis W. Littlepage, and does submit this correction to the defendant's Presentence Report:

Page 6, Paragraph 20. Statement of defendant Zheng, Xu Ping.

Sentence currently reads "My husband, Zheng, Qing Jiang arranged for the trip."

This should be corrected to "I went with my husband on the trip."

Defendant adopts all other findings of the Presentence report for the above defendant.

Respectfully Submitted this 20th day of June, 2008

LITTLEPAGE AND ASSOCIATES P.C.

*/s/ Lewis W. Littlepage*
Lewis W. Littlepage
Attorney for Xu Ping Zheng

ORIGINAL