```
xuzhengpsr
```

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 08-00011 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **AMENDED GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| XU PING ZHENG, | ) |
| Defendant. | ) |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 23rd day of June 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By:  /s/ Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney