LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 08-00011 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| XU PING ZHENG ) | |
| Defendant. ) | |

I hereby certify that on June 23, 2008, I electronically filed an Amended Government's Statement Adopting Findings of Presentence Report the Clerk of Court using the CM/ECF system, and I hereby certify that on June 23, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participant: Lewis Littlepage, 396 W'Brien Drive, Hagatna, Guam

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and NMI

                                By:   /S/ Frederick A. Black
                                        FREDERICK A. BLACK
                                        Assistant U.S. Attorney