# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: MJ-08-00011　　　　　　　　　　　　DATE: June 24, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　　　Electronically Recorded: 9:39:34 - 9:57:28

**APPEARANCES:**

Defendant: Xu Ping Zheng　　　　　　　　Attorney: Lewis Littlepage
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black　　　　U.S. Agent: Ewrin Fejeran
U.S. Probation: Stephen Guilliot
Interpreter: Julia Berg　　　　　　　　　Language: Mandarin

**PROCEEDINGS: Sentencing**
- Defendant sentenced to a probation term of <u>2 years</u>.
- Fine waived.
- Special assessment fee of $10.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant shall perform 50 hours of community service
- Defendant remanded to the custody of the U.S. Marshals Service.
- Defendant shall be released to an authorize Immigration official for deportation

NOTES: